

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2018

No. 04-18-00086-CV

**IN RE MACONORI ENTERPRISES, LTD.** and Nolan Richardson, Individually

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

On June 20, 2018, this court issued an opinion denying relators' petition for writ of mandamus. On July 5, 2018, relators filed (1) an opposed Motion for Leave to File Relator's Reply in support of their petition for writ of mandamus and (2) a Motion for Rehearing. After considering both motions, the motions are hereby DENIED.

It is so **ORDERED** on July 30, 2018.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013CI09362, styled *Macanori Enterprises, Ltd. and Nolan Richardson, Individually v. Rail Link International, Inc. and Eloy Garcia, Individually*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.